

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**

NOV 1 3 2024

Clerk, U.S. District Court
Texas Eastern

UNITED STATES OF AMERICA      §
                                   §

v.                                       §            NO. 4:24CR 233
                                   §            Judge
RAYMUNDO DURAN BAZA (1)    §                   SDJ /AGD
ISAAC MARTINEZ (2)          §

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## Count One

Violation: 18 U.S.C. § 371
(Conspiracy to Engage in the
Business of Dealing Firearms
without a License)

From on or about September 24, 2024, through November 6, 2024, in the Eastern

District of Texas, the defendants, **Raymundo Duran Baza** and **Isaac Martinez**,

knowingly and willfully conspired and agreed together and with each other, and with

others both known and unknown to the Grand Jury, to commit an offense against the

United States in violation of 18 U.S.C. § 922(a)(1) that is, to willfully engage in the

business of dealing in firearms, while not being licensed dealers of firearms within the

meaning of Chapter 44, Title 18, United States Code, in violation of Title 18, United

States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

Indictment/Notice of Penalty - Page 1

## Overt Acts

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Eastern District of Texas and elsewhere:

a.      On or about September 24, 2024, **Raymundo Duran Baza** and **Isaac Martinez** sold a Glock, model 21, .45 caliber pistol bearing serial number SEY769 and a machinegun conversion device to an undercover agent (UC) for a total of $650.00; and a Stag Arms model Stag-15, multi-caliber rifle, bearing serial number S031888 to the UC for $900.00.

b.      On or about October 2, 2024, **Raymundo Duran Baza** and **Isaac Martinez** sold a New Frontier Armory, model LW-15 multi-caliber rifle, bearing serial number NLV86422 to the UC for $900.00.

All in violation of 18 U.S.C. § 371 and 922(a)(1).

## Count Two

Violation: 18 U.S.C. § 922(a)(1) (Engaging in the Business of Dealing Firearms without a License)

On or about September 24, 2024, in the Eastern District of Texas, the defendants, **Raymundo Duran Baza** and **Isaac Martinez,** not being   licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## Count Three

Violation: 18 U.S.C. § 922(a)(1)
(Engaging in the Business of
Dealing Firearms without a
License)

On or about October 2, 2024, in the Eastern District of Texas, the defendants,

**Raymundo Duran Baza** and **Isaac Martinez**, not being licensed dealers of firearms

within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in

the business of dealing in firearms, in violation of Title 18, United States Code, Sections

922(a)(1)(A), 923(a), and 924(a)(1)(D).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### (Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

As a result of the commission of the foregoing offenses charged in Counts One

Two, and Three, the defendant shall forfeit to the United States, pursuant to 18

U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c) any firearm or ammunition involved in a

violation of such offenses, namely, the following:

1. A Glock, model 21, .45 caliber pistol bearing serial number SEY769,
   a Stag Arms model Stag-15, multi-caliber rifle, bearing serial number
   S031888, a New Frontier Armory, model LW-15 multi-caliber rifle, bearing
   serial number NLV86422, and

2. A machinegun conversion device.

A TRUE BILL,

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
United States Attorney

_____
MAUREEN SMITH
Assistant United States Attorney

Indictment/Notice of Penalty - Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | NO. 4:24CR 233 |
| RAYMUNDO DURAN BAZA (1) ISAAC MARTINEZ (2) | § § § | |

## NOTICE OF PENALTY
### Count One

Violation:    18 U.S.C. § 371

Penalty:    Not more than five years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than three years.

Special Assessment: $100.00

### Counts Two and Three

Violation:    18 U.S.C. § 922(a)(1)

Penalty:    Not more than five years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than three years.

Special Assessment: $100.00

Indictment/Notice of Penalty - Page 5